**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CON-WAY FREIGHT, INC.,

    Plaintiff,

v.                                        Case No. 07-CV-15290-DT

PHILIPPINE HANDMADE, LLC, et al.,

    Defendants.
                                   /

**NOTICE OF SETTLEMENT CONFERENCE**

On April 3, 2008, the court conducted a telephone conference in the above-captioned matter. At the conference, the parties informed the court that they were engaged in negotiations to amicably resolving this case. As discussed at the conference,

IT IS ORDERED that all formal proceedings in this case are SUSPENDED to allow the parties to continue their settlement negotiations.

IT IS FURTHER ORDERED that, in the event the court has not been informed that the parties have reached an accord prior to **April 24, 2008**, the court will conduct a settlement conference on **April 24, 2008, at 2:00 p.m.** Party representatives with full settlement authority are ordered to appear. A magistrate judge will be available to assist, if necessary.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: April 9, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 9, 2008, by electronic and/or ordinary mail.

                                                S/Lisa G. Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-15290.CONWAY.SettlementConference.wpd

2