# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CON-WAY FREIGHT, INCORPORATED,

        Plaintiff,

CASE NUMBER: 07-15290

v.

PHILIPPINE HANDMADE, LLC, et al,

HONORABLE MONA K. MAJZOUB

        Defendants.

_____/

## ORDER TO SHOW CAUSE HEARING AND BENCH TRIAL

You are hereby notified to appear before the Honorable Mona K. Majzoub, United States Magistrate Judge in the above proceeding, on **Monday, June 16, 2008 @ 9:30 a.m.**, **in Room 228**, Theodore Levin U.S. Courthouse, 231 W. Lafayette Detroit, Michigan 48226.

\*\* Defendant is to appear and show cause why a default judgment should not be entered against him for failing to appear for the April 24, 2008 Settlement Conference.

Dated: May 19, 2008

s/ Mona K. Majzoub
MONA K. MAJZOUB
United States Magistrate Judge

## PROOF OF SERVICE

I certify that a copy of this Notice was served upon Counsel of Record on this date.

Dated: May 19, 2008

s/ Lisa C. Bartlett
Courtroom Deputy
(313) 234-5205
(313) 234-5497 (Fax)